## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

```
------------------------------------------------- X     MDL No. 2944
IN RE JPMORGAN CHASE PAYCHECK |
PROTECTION PROGRAM LITIGATION|
                             |     PLAINTIFFS LEGENDARY
                             |     TRANSPORT, LLC AND Rō
                             |     FITNESS, LLC NOTICE OF
                             |     JOINDER IN MOTION TO
                             |     TRANSFER ACTIONS TO THE
                             |     CENTRAL DISTRICT OF
                             |     CALIFORNIA FOR
                             |     COORDINATION AND
                             |     CONSOLIDATED PRETRIAL
                             |     PROCEEDINGS
                             |
------------------------------------------------- X     (Joinder with ECF No. 5)
```

### TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs in Case No. 2:20-cv-03636-ODW-JC, captioned Legendary Transport, LLC and Rō Fitness, LLC v. JPMorgan Chase Bank, N.A., et al., and pursuant to Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 6.1(c), hereby join in the Motion to Transfer filed by Cyber Defense Group, LLC on May 7, 2020 (ECF No. 5).

For the reasons in support of that Motion, these joining Plaintiffs consent to the transferring, consolidation, and coordination of all actions and tag-along actions involving the *JPMorgan Chase Paycheck Protection Litigation* to the Honorable Andre Birotte, Jr. of the United States District Court for the Central District of California.

[SIGNATURE OVERLEAF]

1

Dated: 22 May 2020                    Respectfully submitted by,

**LAW OFFICE OF ADAM DOLCE**

/s/ Adam D. Dolce

_____
 Adam D. Dolce, Esq.
414 Yale Avenue, Suite B
Claremont CA 91711
Telephone: 909-542-9030
FAX: 909-992-3554
Email(s): adam@dolcelegal.com;
thenonprofitlawfirm@gmail.com

Attorney for the Plaintiffs Legendary Transport,
LLC and Rō FITNESS, LLC, and the Proposed
Class, in C.D. Cal. Case No. 20-cv-0363

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:** JPMorgan Chase Paycheck Protection
Program Litigation
                                                                    **MDL No. 2944**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States
Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing
**Notice of Joinder of Motion to Transfer (ECF No. 5)** was served on all parties in
the following cases electronically via ECF, or as indicated below, on May 22, 2020:

1. **Legendary Transport, LLC et al. v. JPMorgan Chase Bank, N.A., et al.**
   **C.D. CA No. 2:20-03636**

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| L/O OF ADAM DOLCE<br>414 Yale Avenue, Suite B<br>Claremont, CA 91711<br><br>Adam Dolce<br>adam@dolcelegal.com | GREENBERG TRAURIG LLP<br>1840 Century Park Easte, Suite. 1900<br>Los Angeles CA 90067<br><br>GREENBERG TRAURIG LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, IL 60601 | Clerk of Court, Central Dist.<br>350 W. 1st Street, Ste. 4311<br>Los Angeles, CA 90012 |
| N/A (VIA ECF) | Karin Bohmholdt<br>bohmholdtk@gtlaw.com | VIA FIRST-CLASS MAIL |
| | Robert J. Herrington<br>herringtonr@gtlaw.com | |
| | Gregory E. Ostfeld<br>ostfeldg@gtlaw.com | |
| | VIA ECF | |

///

## 2. Cyber Defense Group et al. v. JPMorgan Chase & Co., et al, C.D. CA No. 2:20-03589

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| STALWART LAW GROUP<br>1100 Glendon Ave., Ste 1840<br>Los Angeles, CA 90024<br><br>Dylan Ruga<br>dylan@stalwartlaw.com<br><br>Ji-In Lee Houck, Esq.<br>jiin@stalwartlaw.com<br><br>David M. Angeloff, Esq.<br>david@stalwartlaw.com | GREENBERG TRAURIG LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br><br>Gregory E. Ostfeld<br>ostfeldg@gtlaw.com | Clerk of Court, Central Dist.<br>350 W. 1st Street, Ste. 4311<br>Los Angeles, CA 90012 |
| VIA ECF | VIA ECF | VIA FIRST-CLASS MAIL |

## 3. Outlet Tile Center et al. v. JPMorgan Chase & Co., et al, C.D. CA No. 2:20-03603

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| TAULER SMITH LLP<br>626 Wilshire Blvd., Ste. 510<br>Los Angeles, CA 90017<br><br>Robert Tauler<br>rtauler@taulersmith.com | GREENBERG TRAURIG LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br><br>Gregory E. Ostfeld<br>ostfeldg@gtlaw.com | Clerk of Court, Central Dist.<br>350 W. 1st Street, Ste. 4311<br>Los Angeles, CA 90012 |
| VIA ECF | VIA ECF | VIA FIRST-CLASS MAIL |

///

**LAW OFFICE OF
ADAM DOLCE**
ATTORNEY AT LAW

4. **American Video Duplicating, Inc. et al. v. Citigroup Inc., et al, C.D. CA No. 2:20-03815**

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| GERAGOS & GERAGOS<br>644 S. Figueroa Street<br>Los Angeles, CA 90017<br><br>Mark J. Geragos<br>mark@geragos.com<br><br>Ben J. Meiselas<br>ben@geragos.com<br><br>Matthew M. Hoesly<br>mhoesly@geragos.com<br><br>GRAYLAW GROUP, INC.<br>21515 Hawthorne Blvd.<br>Suite. 450<br>Torrance, CA 90503<br><br>Michael E. Adler<br>meadler@graylawinc.com<br><br>DHILLON LAW GROUP, INC.<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br><br>Harmeet K. Dhillon<br>harmeet@dhillonlaw.com<br><br>Nitoj P. Singh<br>nsingh@dhillonlaw.com | GREENBERG TRAURIG LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br><br>Gregory E. Ostfeld<br>ostfeldg@gtlaw.com<br><br>(Chase Defendants) | Clerk of Court, Central Dist.<br>350 W. 1st Street, Ste. 4311<br>Los Angeles, CA 90012 |
| VIA ECF | VIA ECF | VIA FIRST-CLASS MAIL |
|  | CITIGROUP, INC./<br>CITIBANK, N.A.<br>Attn: Legal Dept.<br>388 Greenwich Street<br>New York, NY 10013 |  |
|  | VIA FIRST-CLASS MAIL |  |

| | | |
|---|---|---|
| | U.S. BANKCORP<br>Attn: Legal Dept.<br>800 Nicollett Mall<br>Minneapolis, MN 55402 | |
| | VIA FIRST-CLASS MAIL | |
| | U.S. BANK, N.A.<br>Attn: Legal Dept.<br>425 Walnut Street<br>Cincinnati, OH 45202 | |
| | VIA FIRST-CLASS MAIL | |
| | WELLS FARGO & CO /<br>WELLS FARGO N.A.<br>Attn: Legal Dept.<br>420 Montgomery Street<br>San Francisco, CA 94104 | |
| | VIA FIRST-CLASS MAIL | |
| | BANK OF AMERICA NA<br>BANK OF AMERICA CO.<br>Attn: Legal Dept.<br>127 West Hargett Street<br>Suite 100<br>Raleigh, NC 27601 | |
| | VIA FIRST-CLASS MAIL | |
| | MUFG BANK LTD. /<br>MUFG UNION BANK<br>Attn: Legal Dept.<br>1251 Ave. of Americas<br>New York, NY 10020 | |
| | VIA FIRST-CLASS MAIL | |
| | LIVE OAK<br>BANKSHARES, INC. /<br>LIVE OAK BANKING CO.<br>Attn: Legal Dept.<br>1757 Tiburon Drive<br>Wilmington, NC 28403 | |
| | VIA FIRST-CLASS MAIL | |

| | | |
|---|---|---|
| | PAYPAL HOLDINGS, INC.<br>Attn: Legal Dept.<br>2211 N. First Street<br>San Jose, CA 95131 | |
| | VIA FIRST-CLASS MAIL | |
| | NEWTEK BUSINESS SERVICE, INC.<br>Attn: Legal Dept.<br>1981 Marcus Avenue Suite 130<br>Lake Success, NY 11042 | |
| | VIA FIRST-CLASS MAIL | |
| | HARVEST SMALL BUSINESS FINANCE<br>24422 Avenida de la Carlota, Suite 232<br>Laguna Hills, CA 92653 | |
| | VIA FIRST-CLASS MAIL | |

**5. Hyde-Edwards Salon & Spa. v. JPMorgan Chase & Co., et al, S.D. CA No. 3:20-00762**

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br><br>Robert K. Shelquist<br>rkshelquist@locklaw.com<br><br>Rebecca A. Peterson<br>rapeterson@locklaw.com | GREENBERG TRAURIG LLP<br>77 W. Wacker Drive Suite 3100<br>Chicago, IL 60601<br><br>Gregory E. Ostfeld<br>ostfeldg@gtlaw.com | Clerk of Court, Southern Dist.<br>333 W. Broadway, #420<br>San Diego, CA 92101 |

| | | |
|---|---|---|
| BERGER MONTAGUE PC<br>12544 High Bluff Drive<br>Suite 340<br>San Diego, CA 92130<br><br>Benjamin Galdson<br>bgaldston@bm.net<br><br>GREG COLEMAN LAW PC<br>First Tennessee Plaza<br>800 South Gay Street<br>Suite 100<br>Knoxville, TN 37929<br><br>Gregory F. Coleman<br>greg@gregcolemanlaw.com<br><br>Alex R. Straus<br>alex@gregcolemanlaw.com<br><br>WHITFIELD BRYSON LLP<br>900 West Morgan Street<br>Raleigh, NC 27603<br><br>Daniel K. Bryson<br>dan@whitfieldbryson.com<br><br>Scott C. Harris<br>scott@whitfieldbryson.com<br><br>Patrick M. Wallace<br>pat@whitfieldbryson.com | | |
| VIA ECF | VIA ECF | VIA FIRST-CLASS MAIL |

///

**6. Sha-Poppin Gourmet Popcorn LLC. v. JPMorgan Chase Bank, NA, et al, N.D. Ill. No. 1:20-cv-02523**

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| EDELSON PC<br>350 N. LaSalle Street, 14th Fl.<br>Chicago, IL 60654<br><br>Jay Edelson<br>jedelson@edelson.com<br><br>Benjamin H. Richman<br>brichman@edelson.com<br><br>Christopher L. Dore<br>cdore@edelson.com<br><br>Ari J. Scharg<br>asharg@edelson.com<br><br>Daniel J. Schneider<br>dschneider@edelson.com | GREENBERG TRAURIG LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br><br>Gregory E. Ostfeld<br>ostfeldg@gtlaw.com<br><br>(Chase Defendants) | Clerk of Court, Northern District of Illinois<br>327 S. Church Street<br>Rockford, IL 61101 |
| VIA ECF | VIA ECF | VIA FIRST-CLASS MAIL |
| | RCSH OPERATIONS, LLC / RCSH OPERATIONS, INC.<br>Attn: Legal Dept.<br>1030 W. Canton Avenue<br>Suite 100<br>Winter Park, FL 32789 | |
| | VIA FIRST-CLASS MAIL | |
| | PHUNWARE, INC.<br>Attn: Legal Dept.<br>7800 Shoal Creek Blvd.<br>Suite 230-S<br>Austin, TX 78757 | |
| | VIA FIRST-CLASS MAIL | |

**7. Shiny Strands, Inc. v. JPMorgan Chase & Co., et al., N.D. Ill. No. 1:20-cv-02547**

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| STEVEN R. SMITH<br>5514 N. Wayne Avenue<br>Chicago, IL 60654<br><br>Steven Russell Smith<br>Stevesmithlaw88@gmail.com | GREENBERG TRAURIG LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br><br>Gregory E. Ostfeld<br>ostfeldg@gtlaw.com | Clerk of Court, Northern District of Illinois<br>327 S. Church Street<br>Rockford, IL 61101 |
| VIA ECF | VIA ECF | VIA FIRST-CLASS MAIL |

**8. Ryan M. Kull Licensed Clinical Social Work LLC v. Chase Bank USA, N.A., et al., S.D.N.Y No. 1:20-cv-03138**

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| STALWART LAW GROUP<br>41 East 11th Street, 11th Fl.<br>New York, NY 10003<br><br>Dylan Ruga<br>dylan@stalwartlaw.com<br><br>David M. Angeloff, Esq.<br>david@stalwartlaw.com | GREENBERG TRAURIG LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br><br>Gregory E. Ostfeld<br>ostfeldg@gtlaw.com | Clerk of Court, Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |
| VIA ECF | VIA ECF | VIA FIRST-CLASS MAIL |

///

### 9. Starwalk of Dallas, LLC v. JPMorgan Chase & Co., et al., N.D. Tex No. 3:20-cv-01005

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| KENNARD LAW P.C.<br>2603 Augusta Dr., Ste. 1450<br>Houston, TX 77057<br><br>Alfonso Kennard, Jr.<br>Alfonso.Kennard@KennardLaw.com<br><br>Kevin T. Kennedy<br>Kevin.Kennedy@KennardLaw.com<br><br>STEELE STURM PLLC<br>Wells Fargo Plaza<br>1000 Louisiana Suite 3780<br>Houston, TX 77002<br><br>Kevin T. Kennedy<br>Kevin/Kennedy@KennardLaw.com | GREENBERG<br>TRAURIG LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br><br>Gregory E. Ostfeld<br>ostfeldg@gtlaw.com<br><br>GREENBERG<br>TRAURIG LLP<br>2200 Ross Avenue<br>Dallas, TX 75201<br><br>Christopher S. Dodrill<br>dodrillc@gtlaw.com | Clerk of Court,<br>Northern District of<br>Texas<br>1100 Commerce St.,<br>Room 1452<br>Dallas, TX 75242 |
| VIA ECF | VIA ECF | VIA FIRST-CLASS MAIL |

### 10. Ladaga Ventures, LLC v. JPMorgan Chase Bank NA., et al., CO No. 1:20-cv-01204

| Plaintiff/Plaintiff's Counsel | Defendant/Deft. Counsel | Clerk of the Transferor Court |
|---|---|---|
| ICE LEGAL, PA<br>20 Portsmouth Avenue<br>Stratham, NH 03885<br><br>Ariane Michele Ice<br>Ariane.ice@icelegal.com | GREENBERG TRAURIG<br>LLP<br>77 W. Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br><br>Gregory E. Ostfeld<br>ostfeldg@gtlaw.com | Clerk of Court, District of<br>Colorado<br>901 19th Street<br>Denver, CO 80294 |
| VIA ECF | VIA ECF | VIA FIRST-CLASS MAIL |

///

**Courtesy Copies Via Facsimile to (Rule 3.2(d)):**

Clerk of the Panel, United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, D.C. 20544-0005

N/A – Suspended by Misc. Order No. 20-01.

I DECLARE/CERTIFY UNDER PENALTY OF PERJURY under the laws of the United

States of America that the above is true and correct.

Executed: 22 May 2020              Respectfully submitted by,

**LAW OFFICE OF ADAM DOLCE**

/s/ Adam D. Dolce

_____
 Adam D. Dolce, Esq.
414 Yale Avenue, Suite B
Claremont CA 91711
Telephone: 909-542-9030
FAX: 909-992-3554
Email(s): adam@dolcelegal.com;
thenonprofitlawfirm@gmail.com

Attorney for the Plaintiffs Legendary
Transport, LLC and Rō FITNESS, LLC, and the
Proposed Class, in C.D. Cal. Case No. 20-cv-
03636



**LAW OFFICE OF**
**ADAM DOLCE**
ATTORNEY AT LAW